■ MARY E. COHENS et al., Appellants, v BRIAN HESS, Respondent. (Appeal No. 2.) [670 NYS2d 649] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Ontario County, Harvey, J.—Set Aside Verdict.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.